**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1207**

_____

JULIAN LEE GREEN,

          Plaintiff - Appellant,

     v.

JOSH SIPOS, individual capacity; BRENDA L. MILLER, individual and official capacity,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00188-JPB-JPM)

_____

Submitted:  October 30, 2025                    Decided:  November 3, 2025

_____

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Julian Lee Green, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julian Lee Green appeals the district court's order dismissing his civil action without prejudice for failure to serve process. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Green v. Sipos*, No. 5:24-cv-00188-JPB-JPM (N.D. W. Va. Feb. 25, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*